**Bart Fitzgerald MCCLAIN, Plaintiff–Appellant,**

v.

**NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY; Columbus Correctional Institution; Pat McCrory; Frank Perry; George Solomon; Officer Locklear; Nora Hunt; Jennifer Walsh; Captain Evans; Captain Preist; Sergeant Harris; Sergeant Frank; Prison Attendant Fritze; Prison Attendant Nobles, Defendants–Appellees.**

No. 16–6260

United States Court of Appeals, Fourth Circuit.

Submitted: June 23, 2016

Decided: June 29, 2016

Bart Fitzgerald McClain, Appellant Pro Se.

Before MOTZ, KING, and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bart Fitzgerald McClain seeks to appeal the district court's order of February 5, 2016, denying McClain's motion to appoint counsel and for a subpoena. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order McClain seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED